UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETTE LANE, | **1:20-cv-00147-JLT-GSA-PC** |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTIONS FOR COURT TO SCHEDULE SETTLEMENT CONFERENCE** |
| vs. | |
| DR. BEACH, | **(ECF Nos. 33, 34.)** |
| Defendant. | |

Everette Lane ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with the First Amended Complaint, filed by Plaintiff on April 19, 2021, against defendant Dr. Beach ("Defendant") for deliberate indifference in violation of the Eighth Amendment.  (ECF No. 12.)

On November 18, 2022, the Court issued an order requiring the parties to respond indicating whether they believed, in good faith, that a settlement conference would be beneficial at this stage of the proceedings.  (ECF No. 32.)  On December 2, 2022, Plaintiff filed motions for the Court to schedule this case for a settlement conference.  (ECF Nos. 33, 34.)  On December 15, 2022, Defendant notified the Court that he does not believe a settlement conference would be beneficial and requests that the Court not set this case for a settlement conference.  (ECF No.

1

35.) Based on Defendant's response, the Court shall not require Defendant to attend a settlement conference at this stage of the proceedings, and Plaintiff's motions shall be denied.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motions for a settlement conference, filed on December 2, 2022, are DENIED.

IT IS SO ORDERED.

Dated:   **December 16, 2022**                       **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE