# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETTE LANE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. BEACH,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-00147 JLT GSA (PC)<br><br>NOTICE THAT INMATE EVERETTE LANE, CDCR #V-72502, IS NO LONGER NEEDED AS A WITNESS FOR TRIAL STARTING ON AUGUST 29, 2023; AND ORDER DISCAHRGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

　　　The jury trial in this matter, initially set to commence on August 29, 2023, has been continued. **Inmate Everette Lane**, **CDCR #V-72502**, is no longer needed by the Court as a witness starting on August 29, 2023. Accordingly, the existing writ of habeas corpus ad testificandum as to this inmate is **HEREBY DISCHARGED**. An amended writ reflecting the continued trial date will issue.

IT IS SO ORDERED.

　　Dated: __**August 25, 2023**__　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1