UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETTE LANE,<br><br>            Plaintiff,<br><br>     v.<br><br>K. BEACH,<br><br>            Defendant. | Case No.: 1:20-cv-00147 JLT GSA (PC)<br><br>NOTICE THAT INMATE EVERETTE LANE, CDCR #V-72502, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND ORDER DISCAHRGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on September 26, 2023. **Inmate Everette Lane, CDCR #V-72502**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

   Dated:   **September 28, 2023**

UNITED STATES DISTRICT JUDGE